UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JESSICA GOCKE, et al.,

                      Plaintiffs,

v.                                                            <u>ORDER</u>

STEPHEN BRESCIA, et al.,                        19-cv-06250 (PMH)

                      Defendants.
----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

       In light of the recent extension of discovery deadlines (Doc. 21), the case management conference currently scheduled for April 13, 2020 is adjourned to July 7, 2020 at 2:30 p.m. The conference will be held telephonically. At the time of the scheduled conference, all parties shall call the following number: (888) 398-2342; access code 3456831.

**SO ORDERED.**

Dated: New York, New York
       April 8, 2020

_____
Philip M. Halpern
United States District Judge